FILED

08/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0307

Robyn L. Weber, Esq.
Weber Law Firm
221 5th Avenue
Helena, MT 59601
Tel. (406) 449-4433
Robyn@weberlawhelena.com
Attorney for Respondent/Appellee
EMILY ANN BACON

IN THE SUPREME COURT OF THE

STATE OF MONTANA

IN THE MARRIAGE OF:

JOSHUA ARNOLD BACON,

        Petitioner/Appellant,

v.

EMILY ANN BACON,

        Respondent/Appellee.

Cause No. DA 22-0307

**ORDER GRANTING EXTENSION OF TIME TO HOLD MEDIATION**

Upon Joint Motion of the Parties and good cause appearing, IT IS HEREBY ORDERED that the parties shall have up to and including **Tuesday, October 18, 2022** by which to hold the mediation in this matter.

It is further ordered that the time line pursuant to pursuant to M.R.App.P., 7(5)(d) is hereby extended to **Tuesday, October 18, 2022.**

SO ORDERED this _____day of August, 2022.

_____
SUPREME COURT JUSTICE

c:    Robyn Weber, Esq.
      David Gallik, Esq.
      Patrick T. Fox, Esq.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 17 2022